UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA CONERLY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PATRICK WINN, et al.,<br><br>Defendants. | No. 2:21-cv-01076-TLN-JDP<br><br><br><br>**ORDER** |

On January 3, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff filed objections on January 13, 2022, which this Court considered. (ECF No. 5.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed January 3, 2022, are adopted;

1

2. Plaintiff's case is dismissed with prejudice as frivolous; and

3. The Clerk of Court is directed to close this case.

DATED: January 31, 2022

Troy L. Nunley
United States District Judge